UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRECIOUS OKEREKE,
        Plaintiff,

v.                                Civil Action No.  05-10287-GAO

ARBELLA MUTUAL INSURANCE COMPANY, et al.,
        Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

☒    The complaint is dismissed for the reasons set forth in the accompanying Memorandum and Order of Dismissal.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

February 25, 2005                /s/ George A. O'Toole
DATE                                UNITED STATES DISTRICT JUDGE