UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRECIOUS OKEREKE
           Plaintiff(s)

v.                                 CIVIL ACTION NO. 05-10287-GAO

ARBELLA MUTUAL INSURANCE COMPANY, ET AL
           Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff's motion for Three Judges District Court (#7) is DENIED as inappropriate, and a judgment of dismissal with prejudice is entered forthwith.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 8/8/05                        By   PAUL S. LYNESS
                                               Deputy Clerk